# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DWIGHT R. McMILLIAN,

    Petitioner,

v.

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:  09-cv-327-slc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

6/11/09
_____
Date